BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CALIXTO-DELGADO,<br>　aka Juan Delgado Calixto,<br><br>　　　　Defendant. | CR. No. S-11-336 MCE<br><br>AMENDED STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

　　　The parties request that the status conference in this case previously set for September 29, 2011, be continued to October 6, 2011 at 9:00 a.m.  They stipulate that the time between September 29, 2011, and October 13, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by granting the continuance so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

1

1 | public and the defendant in a speedy trial.  18 U.S.C.
2 | § (7)(B)(iv).
3 | Dated:  September 22, 2011           Respectfully submitted,
4 |                                      BENJAMIN B. WAGNER
  |                                      United States Attorney
5 |
6 |                                      */s/ Michele Beckwith*
  |                                 By:  Michele Beckwith
7 |                                      Assistant U.S. Attorney
8 | Dated: September 22, 2011
9 |                                      */s/Benjamin D. Galloway*
  |                                      BENJAMIN D. GALLOWAY
10|                                      Attorney for Defendant
11|
12| ////
13|
14| ////
15|
16| ////
17|
18| ////
19|
20| ///
21|
22| ////
23|
24| ////
25|
26| ////
27|
28|

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for September 29, 2011, be continued to October 13, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from September 29, 2011, to and including, the October 13, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE